UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA McGOWAN, ET AL.,

    Plaintiffs,                    No. 16-13216

v.                                    District Judge Terrence G. Berg
                                         Magistrate Judge R. Steven Whalen

KROGER DISTRICT I,

    Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on May 18, 2017, Plaintiffs' motion to postpone the case pending arbitration [Doc. #27] is DENIED.

Plaintiffs' motion to postpone scheduling order [Doc. #25] is DENIED.

Defendant's motion to compel depositions [Doc. #29] is GRANTED. The depositions of all Plaintiffs will be completed within 30 days of the date of this order.

IT IS SO ORDERED.

                                                      s/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: May 18, 2017

# CERTIFICATE OF SERVICE

  I hereby certify on May 18, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants.

            s/Carolyn Ciesla
            Case Manager to
            Magistrate Judge R. Steven Whalen