UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA McGOWAN, ET AL.,

        Plaintiffs,                No. 16-13216

v.                                  District Judge Terrence G. Berg
                                  Magistrate Judge R. Steven Whalen

KROGER DISTRICT I,

        Defendant.

_____ /

## ORDER

    For the reasons and under the terms stated on the record on August 29, 2017, Defendant's motion to compel discovery [Doc. #37] is GRANTED.

    Within 14 days of the date of this Order, each Plaintiff will individually respond to Defendant's interrogatories and requests to produce documents. Plaintiffs will undertake a diligent and good-faith effort to locate any documents that Defendant has requested. If any Plaintiff does not have and is unable to locate any document, she shall include in her response a summary of the efforts she has taken to locate the document.

    As to any documents that have already been produced, Plaintiff's will clarify which specific discovery request those documents are responsive to.

    If any Plaintiff has filed a joint tax return with her spouse, she may redact information in the return that solely refers to her spouse's income or deductions.

    Both the tax information and information as to psychological or medical treatment or counseling will be used only for purposes of this lawsuit, and will not be disclosed to any individual or entity not involved in the prosecution or defense of this lawsuit.

Plaintiffs' failure to comply with this Order may result in sanctions under

Fed.R.Civ.P. 37, including monetary sanctions and/or dismissal of the case.

IT IS SO ORDERED.


Dated: August 29, 2017         s/R. Steven Whalen
                                       R. STEVEN WHALEN
                                       UNITED STATES MAGISTRATE JUDGE

---

**CERTIFICATE OF SERVICE**

**I hereby certify on August 29, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants August 29, 2017.**


                                  **s/Carolyn M. Ciesla**
                                  **Case Manager for the**
                                  **Honorable R. Steven Whalen**