UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA McGOWAN, ET AL.,

    Plaintiffs,                          No. 16-13216

v.                                     District Judge Terrence G. Berg
                                       Magistrate Judge R. Steven Whalen

KROGER DISTRICT I,

    Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on August 29, 2017, Plaintiffs' motion to file amended complaint as an exhibit [Doc. #46] is GRANTED, Plaintiffs' motion to amend complaint [Doc. #38] is GRANTED IN PART AND DENIED IN PART, and Defendant's motion to strike Plaintiffs' first amended complaint [Doc. #43] is GRANTED IN PART AND DENIED IN PART.

As to Plaintiffs' proposed Count II (Hostile Work Environment) and Count V (Intentional Infliction of Emotional Distress), the Plaintiffs' motion to amend [Doc. #38] is DENIED and the Defendant's motion to strike [Doc. #43] is GRANTED.

As to Plaintiffs' proposed Count I (Sexual Harassment), Count III (Retaliation/Discrimination), and Count IV (mislabeled Count VI)(Wrongful Discharge), the Plaintiffs' motion to amend [Doc. #38] is GRANTED and the Defendant's motion to strike [Doc. #43] is DENIED.

Within 14 days of the date of this Order, Plaintiffs must file a First Amended Complaint consistent with this Order and with the Court's instructions placed on the record on August 29, 2017.

IT IS SO ORDERED.


Dated: August 29, 2017          s/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

---

**CERTIFICATE OF SERVICE**

**I hereby certify on August 29, 2017 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants August 29, 2017.**

                                s/Carolyn M. Ciesla
                                **Case Manager for the**
                                **Honorable R. Steven Whalen**