UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RHONDA McGOWAN, ET AL.,

    Plaintiffs,                       No. 16-13216

v.                                      District Judge Terrence G. Berg
                                         Magistrate Judge R. Steven Whalen

KROGER CO. MICHIGAN 709,

    Defendant.
_____/

# ORDER

Before the Court is Defendant's Motion to Strike Improper Pleadings Filed by Plaintiffs [Doc. #88]. Specifically, they ask that the following pleadings be stricken:

(1) Plaintiffs' Response to Defendant's Affidavit for Motion to Dismiss Plaintiff's First Amended Complaint for Failure to Cooperate in Discovery and Failure to Obey a Court Order [Doc. #72].

(2) Plaintiffs' Motion for Sanctions Pursuant to Fed.R.Civ.P. 11(b) [Doc. #82].

(3) Plaintiffs' Motion to File Video Disk in Traditional Manner [Doc. #84].

(4) Plaintiffs' Brief in Response to Defendant's Reply Brief in Support of its Motion for Summary Judgment [Doc. #86].

I have entered orders denying the motion for sanctions [Doc. #82] and the motion to file the video disk [Doc. #84]. In addition, I have filed a Report and Recommendation [Doc. #101] that disposes of Defendant's motion to dismiss as a discovery sanction as well as Defendant's motion for summary judgment, and have considered all pleadings filed with respect to those motions.

-1-

For these reasons, the present motion to strike [Doc. #88] is DENIED AS MOOT.

IT IS SO ORDERED.

Dated: September 12, 2018

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE
JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify on September 12, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on September 12, 2018.

s/Carolyn M. Ciesla
Case Manager for the
Honorable R. Steven Whalen